COBLENTZ V CITY OF NOVI, No. 127715. Reported at 475 Mich 558.

GREENE V A P PRODUCTS, LTD, Nos. 127718, 127734. Reported at 475 Mich 502.

CAVANAGH and KELLY, JJ. We would grant rehearing.

BARNES V JEUDEVINE, No. 129606. Reported at 475 Mich 696.

CAVANAGH, KELLY, and MARKMAN, JJ. We would grant rehearing.

*Order Entered September 19, 2006:*

PROPOSED ADOPTION OF RULES 3.904 AND 5.738a OF THE MICHIGAN COURT RULES. On order of the Court, this is to advise that the Court is considering the adoption of Rules 3.904 and 5.738a of the Michigan Court Rules. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford interested persons the opportunity to comment on the form or the merits of the proposal or to suggest alternatives. The Court welcomes the views of all. This matter will be considered at a public hearing. The notices and agendas for public hearings are posted on the Court's website at www.courts.michigan.gov/supremecourt.

Publication of the proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption of the proposal in its present form.

[The following proposals would become new rules if adopted.]

RULE 3.904. USE OF INTERACTIVE VIDEO TECHNOLOGY.

(A) Facilities. Courts in the family division may use two-way interactive video technology to conduct the proceedings outlined in paragraph (B) between a courtroom and a jail, prison, hospital, mental health facility, detention facility, or other placement facility.

(B) Hearings.

(1) Delinquency Proceedings. Two-way interactive video technology may be used to conduct preliminary hearings under MCR 3.935(A)(1), postdispositional progress reviews, and dispositional hearings where the court does not order a more restrictive placement or more restrictive treatment.